# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 14-21(1) (DWF/LIB) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Shawn Michael Ederhoff, | |
| Defendant. | |

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois dated March 3, 2014.  (Doc. No. 45.) No objections have been filed to that Report and Recommendation in the time period permitted.  The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference.  Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

## ORDER

1.	Magistrate Judge Leo I. Brisbois's Report and Recommendation (Doc. No. [45]) is **ADOPTED**.

2.	Defendant's Motion to Suppress February 18, 2005 and November 19, 2012 Statements, Admissions, and Answers (Doc. No. [31]) is **DENIED**.

3.     Defendant's Motion to Suppress Evidence Obtained as a Result of November 19, 2012 Search and Seizure (Doc. No. [30]) is **DENIED**.

Dated:  March 19, 2014              <u>s/Donovan W. Frank</u>
                                    DONOVAN W. FRANK
                                    United States District Judge